IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BONNIDE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 11-0437-CG-N |
| | ) | |
| TONY PATTERSON and CHRIS SUMMERS, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is **ORDERED** that plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction is **DENIED.**

**DONE** and **ORDERED** this the 26th day of January, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE