IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BONNIDE JOHNSON, AIS # 137457,   :

    Plaintiff,   :

vs.   :   CIVIL ACTION 11-0437-CG-N

TONY PATTERSON, et al.,   :

    Defendants.   :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** and **ORDERED** this 3rd day of July, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE